```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00267
   JOSEPH COLVETT
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-0340


---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/08/07 and confirmed on 03/16/07.

   2.  The case was dismissed after confirmation, 09/28/2007.

   3.  The Debtor paid a total of $   1195.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEW CENTURY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| COLDWELL BANKER PROPERTY | SECURED | 100.00 | .00 | 100.00 |
| HINSDALE BANK & TRUST | SECURED VEHIC | 584.25 | .00 | 584.25 |
| DANISE COLVET | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ADVENTIST HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN MEDICAL COLLECT | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 4803.75 | .00 | .00 |
| CACH LLC | UNSECURED | 6136.33 | .00 | .00 |
| CORNERSTON SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CORWIN MEDICAL CARE LTD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | 1649.15 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5797.19 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY MEDICAL CENTER | UNSECURED | 139.00 | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 12282.30 | .00 | .00 |
| CACH LLC | UNSECURED | 3754.35 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 948.36 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1826.75 | .00 | .00 |
| RUSSELL M KOFOED | UNSECURED | NOT FILED | .00 | .00 |

```
SEARS BKRUPTCY RCVRY MGM  UNSECURED         NOT FILED              .00          .00
SUBURBAN RADIOLOGISTS     UNSECURED         NOT FILED              .00          .00
VON MAUR                  UNSECURED            257.27              .00          .00
WELLS FARGO FINANCIAL BA  UNSECURED         NOT FILED              .00          .00
     Summary of disbursements:
---------------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
---------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   684.25           .00     37594.45           .00      38278.70
PRINCIPAL PAID       684.25           .00          .00           .00        684.25
INTEREST PAID           .00           .00          .00           .00           .00
TOTAL PAID           684.25           .00          .00           .00        684.25
```

The Debtor's attorney, PATRICK A MESZAROS          , was allowed $   3000.00
and was paid $    500.00  direct and $    464.92  through the plan.

The Trustee received $     45.83 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/19/07              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE